UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELVIS JONES,

      Plaintiff,

v.                                                                        Case Number 13-11027
                                                                 Honorable David M. Lawson

TEXAS ATTORNEY GENERAL OFFICE,
TEXAS — US MULTIPLE COURTS,
MAGISTRATE EARL S. HINES, and COURTS
ELECTRONIC FILING FAKE SYSTEM,

      Defendants.
_____/

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

      Texas prisoner Elvis Jones has filed a *pro se* civil rights complaint with this Court pursuant to 42 U.S.C. § 1983. The plaintiff's complaint is rambling and difficult to read, but he appears to be suing Texas state and prison officials for various alleged improper actions. At the time he filed his complaint, the plaintiff did not pay the required $350.00 filing fee or submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). Consequently, on March 13, 2013, the Court issued a deficiency order requiring the plaintiff to either pay the filing fee or submit a properly completed application to proceed without prepayment of the fee within 30 days of the order. The Court's order stated that if the plaintiff did not submit the fee or the application within that time, his case would be dismissed. The deadline imposed by the Court has passed, and the petitioner has submitted neither the filing fee or an application to proceed without prepayment. The Court, therefore, will dismiss the plaintiff's complaint without prejudice.

      Accordingly, it is **ORDERED** that the petitioner's complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated: April 17, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 17, 2013.

                            s/Deborah R. Tofil
                            DEBORAH R. TOFIL